UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JERMAINE OMAR CAMPBELL,

    Plaintiff,

v.

DAVID SHAVER, et al.,

    Defendants.

_____/

Case No. 1:18-cv-1363

HONORABLE PAUL L. MALONEY

## **JUDGMENT**

In accordance with the Order entered on this date:

**IT IS HEREBY ORDERED** that Judgment is entered.

Dated:  August 5, 2020

/s/  Paul L. Maloney
Paul L. Maloney
United States District Judge